IN THE UNITED STATES DISTRICT COURT
FOR THE EASTERN DISTRICT OF NORTH CAROLINA
WESTERN DIVISION

NO. 5:19-HC-2079-BO

| | |
|---|---|
| KENNETH WADE LODGE, ) | |
| ) | |
| Petitioner, ) | |
| ) | |
| v. ) | ORDER |
| ) | |
| BRICK TRIPP, ) | |
| ) | |
| Respondent. ) | |

Petitioner, a former federal inmate, petitions this court for a writ of habeas corpus pursuant to 28 U.S.C. § 2241, seeking prior custody credit toward his federal sentence. On January 9, 2020, the court ordered petitioner to show cause as to why this action should not be dismissed as moot. Petitioner was given 7 days to provide the court with the requested information and was warned that if he failed to timely respond, an order of dismissal would issue. The time period provided has lapsed without response, and the action, therefore, is DISMISSED without prejudice as MOOT. All remaining pending motions are DENIED as MOOT. The Clerk of Court is DIRECTED to close this case.

SO ORDERED, this the 17 day of January, 2020.

TERRENCE W. BOYLE
Chief United States District Judge